STATE of Missouri, Respondent,

v.

Ian C. BITTICK, Appellant.

Nos. WD 47587, WD 50425.

Missouri Court of Appeals,
Western District.

Nov. 28, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 1996.

Application to Transfer Denied
March 26, 1996.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant was convicted of three counts of sodomy (§ 566.060, RSMo Supp. 1992), and sentenced to a total of 35 years. Defendant appeals from his convictions and the denial of his Rule 29.15 post-conviction motion after an evidentiary hearing.

The judgments are affirmed. Rules 30.25(b) and 84.16(b).